# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | | CASE NUMBER: |
|---|---|---|
| v. | PLAINTIFF | 2:20-mj-04992-Duty |
| | | **REPORT COMMENCING CRIMINAL ACTION** |
| Fontrell          BAINES | | |
| USMS# _____ | DEFENDANT | |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed.  Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: _10/16/2020_____  ☐ AM  ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:  ☐ Yes  ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):  ☒ Yes  ☐ No

4. Charges under which defendant has been booked:

   18 USC 1029 a2 /1028A

5. Offense charged is a:  ☒ Felony  ☐ Minor Offense  ☐ Petty Offense  ☐ Other Misdemeanor

6. Interpreter Required:  ☒ No  ☐ Yes  Language: _____

7. Year of Birth: _1989___

8. Defendant has retained counsel:  ☐ No
   ☒ Yes  Name: _____          Phone Number: _____

9. Name of Pretrial Services Officer notified: _____

10. Remarks (if any): _____

11. Name: _Marcus Valle_____          (please print)

12. Office Phone Number: _213-304-0361_____          13. Agency: _US Dept. of Labor, OIG___

14. Signature: _____          15. Date: _10-16-2020____

CR-64 (05/18)          REPORT COMMENCING CRIMINAL ACTION